# EXHIBIT A

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

DAVID METZ, )
      Plaintiff, )
       )
v. ) 16 L 0 0 0 5 6 2
       )
WERNER ENTERPRISE, INC. and ) Case No. 16 – L –
FRANCISCO COLMENARES, )
Individually )
       ) JURY TRIAL DEMANDED
      Defendants. )
       )

FILED 16 AUG -4 PM 1:47 CLERK, CIRCUIT COURT WILL COUNTY, ILLINOIS

## COMPLAINT AT LAW

NOW COME the Plaintiff, DAVID METZ, by and through his attorney, the LAW OFFICES OF PETER F. FERRACUTI, P.C., and for his Complaint against the Defendants, WERNER ENTERPRISE, INC. and FRANCISCO COLMENARES, alleges as follows:

## VENUE

1. That venue is proper within this Judicial Circuit because the action and events alleged herein occurred principally within Will County.

## COUNT I – NEGLIGENCE
## DAVID METZ V. FRANCISCO COLMEANARES

1. That, the Plaintiff, DAVID METZ, resides at 624 South Division in Chenoa, Illinois in McClean County, Illinois.

2. That, the Defendant, WERNER ENTERPRISE, INC., is a corporation that is authorized to do business in Illinois and is located at 14507 Frontier Road in Omaha, Nebraska in Douglas County, Nebraska.

Initial case management set for
11/22/2016 at: 9 am
A201

3. That, the Defendant, FRANCISCO COLMENARES, resides at 3491 Gatlin Drive in Rockledge, Florida in Brevard County, Florida.

4. That, on or around December 15, 2014, the Defendant, FRANCISCO COLMENARES, was in possession and control a Kenworth Motor T68 that is owned by the Defendant, WERNER ENTERPRISES, INC.

5. That, on or around December 15, 2014, the Defendant, FRANCISCO COLMENARES, was in possession and control of a Kenworth Motor T68 that he was driving northbound on Interstate 55 at milepost 242 in Wilmington Township, County of Will, Illinois.

6. That, on or around December 15, 2014, the Plaintiff, DAVID METZ, was in possession and control of a Kenworth Truck Tractor driving northbound on Interstate 55 at milepost 242 in Wilmington Township, County of Will, Illinois.

7. That, on or around December 15, 2014, at approximately 4:03 a.m., the vehicle driven by the Defendant, FRANCISCO COLMENARES, swerved left, crossing all northbound lanes of traffic at milepost 242 on Interstate 55.

8. That, on or around December 15, 2014, at approximately 4:03 a.m., the vehicle driven by the Defendant, FRANCISCO COLMENARES, struck the guardrail face when he left the roadway.

9. That, on or around December 15, 2014, at approximately 4:03 a.m., the vehicle driven by the Defendant, FRANCISCO COLMENARES, struck the guardrail face and broke open his fuel tank all over Interstate 55 at milepost 242.

10. That, on or around December 15, 2014, at approximately 4:03 a.m., the vehicle driven by the Defendant, FRANCISCO COLMENARES, struck the guardrail face and broke open his oil tank all over Interstate 55 at milepost 242.

11. At the aforementioned time and place, the vehicle operated by the Plaintiff, DAVID METZ, was traveling northbound on Interstate 55.

12. That, on or around December 15, 2014, at approximately 4:03 a.m., the vehicle operated by the Plaintiff, DAVID METZ, hit the fuel and oil spill from the Defendant, FRANCISCO COLMENARES, on Interstate 55 at milepost 242.

13. That, on or around December 15, 2014, at approximately 4:03 a.m., the Plaintiff, DAVID METZ, and others, could smell the fuel and oil spill from the Defendant's, FRANCISCO COLMENARES, vehicle. Attached hereto as Exhibit B and C.

14. That, on or around December 15, 2014, at approximately 4:03 a.m., the fuel and oil spill from the Defendant's, FRANCISCO COLMENARES, vehicle caused the Plaintiff's, DAVID METZ, vehicle to skid forward into another vehicle on Interstate 55 in Wilmington Township, County of Will, Illinois.

15. That, on or around December 15, 2014, at approximately 4:03 a.m., the weather was clear. The weather report from December 15, 2014 is attached hereto as Exhibit A.

16. That, on or around December 15, 2014, at approximately 4:03 a.m., and at all times material hereto, the Defendant, FRANCISCO COLMENARES, was under a duty to operate his vehicle at a speed and manner that was reasonable and proper with regards to traffic conditions at the time.

17. That, on or around December 15, 2014, at approximately 4:03 a.m., and at all times material hereto, the Defendant, FRANCISCO COLMENARES, was under a duty to exercise ordinary and reasonable care in the operation of his vehicle, and in a manner that was reasonably safe and would not cause unnecessary danger, harm or risk to other foreseeable persons lawfully upon the roadways, including the Plaintiff, DAVID METZ.

18. That, on or around December 15, 2014, at approximately 4:03 a.m., the Defendant, FRANCISCO COLMENARES, disregarding his duty to the Plaintiff, DAVID METZ, and others, committed one or more of the following careless or negligent acts/omissions, thereby causing the injuries and damages alleged in this complaint:

   a. Operated the aforementioned vehicle without keeping a proper and sufficient lookout;

   b. Operated the aforementioned vehicle at a speed which was greater than reasonable and proper for the traffic conditions in the use of the highway, or which endangered persons or property in violation of 625 ILCS 5/11-601;

   c. Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample opportunity to avoid it;

   d. Failed to reduce speed in order to avoid an accident in violation of 625 ILCS 5/11-601;

   e. Failed to maintain control his vehicle while proceeding on the aforementioned roadway;

   f. Failed to exercise the ordinary care that a reasonable and prudent driver would exercise in the same or similar circumstances;

   g. Otherwise operated his vehicle carelessly and negligently.

18. That, as a direct and proximate result of one or more of the aforementioned negligent acts/omissions of the Defendant, FRANCISCO COLMENARES, the Plaintiff, DAVID METZ, sustained severe and permanent injuries, and was, and will be, hindered and prevented from attending to her usual duties and affairs of life, and has lost, and will lose, the value of that time as aforementioned. Further, Plaintiff suffered great pain and anguish, both in mind and body, and will, in the future, continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, DAVID METZ, respectfully prays that he may have judgment against the Defendant, FRANCISCO COLMENARES, in an amount in excess of the jurisdictional limits of this Court, and other such relief as the jury and this Court shall deem appropriate, and additionally, costs of this action.

## COUNT II – NEGLIGENCE
## DAVID METZ V. WERNER ENTERPRISES, INC.

19. That, Paragraphs 1 through 18 of Count I are incorporated and alleged as fully stated herein.

20. That, on or around December 15, 2014, at approximately 4:03 a.m., the Defendant, WERNER ENTERPRISES INC., owned the vehicle operated by Defendant, FRANCISCO COLMENARES.

21. That, on or around December 15, 2014, at approximately 4:03 a.m., the Defendant, FRANCISCO COLMENARES, was operating the vehicle owned by Defendant, WERNER ENTERPRISES INC., in the scope of employment.

22. That, at the aforementioned time and place, the Defendant, FRANCISCO COLMENARES, operated the Defendant's, WERNER ENTERPRISES INC., vehicle carelessly or negligently causing damage to the Plaintiff's, DAVID METZ.

WHEREFORE, the Plaintiff, DAVID METZ, respectfully prays that he may have Judgment against the Defendant, WERNER ENTERPRISES INC., in an amount of excess of the jurisdictional limits of this Court, and other such relief as the jury and this Court shall deem appropriate, and additionally, costs of this action.

## COUNT III – RESPONDEAT SUPERIOR
## DAVID METZ v. WERNER ENTERPRISES, INC.

23. That, Paragraphs 1 through 22 of Count I and Count II are incorporated and alleged as fully stated herein.

24. That, on or around December 15, 2014, at approximately 4:03 a.m., the Defendant, WERNER ENTERPRISES INC., owned the vehicle operated by Defendant, FRANCISCO COLMENARES.

25. That, on or around December 15, 2014, at approximately 4:03 a.m., the Defendant, FRANCISCO COLMENARES, was operating the vehicle owned by Defendant, WERNER ENTERPRISES INC., in the scope of employment.

26. That, at the aforementioned time and place, the Defendant, FRANCISCO COLMENARES, operated the Defendant's, WERNER ENTERPRISES INC., vehicle carelessly or negligently causing damage to the Plaintiff's, DAVID METZ, vehicle while in the scope of employment.

27. That, by the doctrine of respondeat superior, the Defendant, WERNER ENTERPRISES INC., is liable for the negligent conduct of his employee, the Defendant, FRANCISCO COLMENARES.

WHEREFORE, the Plaintiff, DAVID METZ, respectfully prays that he may have Judgment against the Defendant, WERNER ENTERPRISES INC., in an amount of excess of the jurisdictional limits of this Court, and other such relief as the jury and this Court shall deem appropriate, and additionally, costs of this action.

Respectfully Submitted,

DAVID METZ, Plaintiff

BY: THE LAW OFFICES OF
PETER F. FERRACUTI, P.C.

*/s/ Alexis P. Ferracuti*
Alexis P. Ferracuti, Attorney

Alexis P. Ferracuti
ARDC#: 6316857
Law Offices of Peter F. Ferracuti, P.C.
110 E. Main St., Ottawa, IL 61350
P (815) 434-3535
F (815) 434-2796
aferracuti@peterferracuti.com

## AFFIDAVIT

Under penalties as provided by law pursuant to Illinois Supreme Court Rule 222, the undersigned certifies that at the time of this filing the amount of damages claimed is in excess of $50,000 to the best of her knowledge and belief.

*/s/ Alexis P. Ferracuti*
Alexis P. Ferracuti, Attorney

# EXHIBIT B

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| DAVID METZ, | ) | |
|                 Plaintiff, | ) | |
| v. | ) | No.   16 L 000562 |
| | ) | |
| WERNER ENTERPRISE, INC. and | ) | |
| FRANCISCO COLMENARES, | ) | |
| Individually, | ) | |
|                 Defendants. | ) | |

## AFFIDAVIT OF NATHAN MEISGEIER

I, Nathan Meisgeier, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

1. I am Associate General Counsel and Associate Vice President for WERNER ENTERPRISES, INC.

2. WERNER ENTERPRISES, INC. is incorporated in Nebraska, and it was incorporated in Nebraska on or before December 15, 2014.

3. WERNER ENTERPRISES, INC.'s principal place of business is in Nebraska, and its principal place of business has been in Nebraska since on or before December 15, 2014.

**FURTHER AFFIANT SAYETH NOT.**

_____   9-26-16
Nathan Meisgeier                  Date

Subscribed and Sworn to
before me this 26 day
of September, 2016

_____(seal)
Notary Public

GENERAL NOTARY - State of Nebraska
SANDY L. WAGNER
My Comm. Exp. October 10, 2019

# EXHIBIT C

Case: 1:16-cv-09229 Document #: 1-1 Filed: 09/26/16 Page 12 of 20 PageID #:16

# ILLINOIS TRAFFIC CRASH REPORT

ISR-6448-20141215-215431
*2477920*

| DRAC | DRAC | PEDV | PEDV | TRFD | TRFC | WEAT | DRVA | DRVA | VIS | VIS | VEHD | VEHD | LGHT | COLL | MANV | MANV | PPA | PPA | PPL | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 12 | 4 | 2 | 8 | | 1 | | 1 | | 4 | 6 | 15 | | 99 | | 9 | |

| INVESTIGATING AGENCY | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY | ☐ $500 OR LESS ☐ $501 - $1,500 ☒ OVER $1,500 | TYPE OF REPORT | TYPE OF CRASH | AGENCY CRASH REPORT NO. | TRFW |
|---|---|---|---|---|---|---|
| ILLINOIS STATE POLICE | | | 1 On-scene | C No Injury/Tow | 05-14-03090 | 3 |

| ADDRESS NO. | HIGHWAY or STREET NAME | ☐ City Township ☒ | INTERSECTION RELATED ☐ Yes ☒ No | DATE OF CRASH | TIME OF CRASH | LARS CODE | VEHT |
|---|---|---|---|---|---|---|---|
| N/A | I-55 NB MP 242 | WILMINGTON TWP | PRIVATE PROPERTY ☐ Yes ☒ No | 12/15/2014 | 04:03 AM | | 7 |
| ☐ 874 (CIRCLE) FT / MI (CIRCLE) N E S W ☐ AT INTERSECTION WITH | I-55 MILE POST 242 (NAME OF INTERSECTION OR ROAD FEATURE) | COUNTY WILL | HIT & RUN ☐ Yes ☒ No | CIRCLE DAY OF WEEK SU MO TU WE TH FR SA | NUMBER MOTOR VEHICLES INVLD 1 | LARS CODE | VEHT |

## Unit 1

| NAME | ☒ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH | MAKE | MODEL | YEAR | DAMAGED AREA(S) | | # LANES |
|---|---|---|---|---|---|---|---|---|
| COLMENARES, FRANCISCO A | | 10/19/1973 | Kenworth Motor | T68 | 2015 | 00 - NONE / 10 - UNDER CARRIAGE / 11 - TOTAL (ALL AREAS) / 12 - OTHER / 99 - UNKNOWN | TOWED ☒ Y ☐ N / FIRE ☐ Y ☒ N / HAZMAT SPILL ☐ Y ☒ N / COMVEH ☒ Y ☐ N | 4 |
| STREET ADDRESS | | SEX SAFT AIR | PLATE NO. | STATE | YEAR | | | ALGN |
| 3491 GATLIN DR | | M 2 4 | W15274 | NE | 2015 | | | 2 |
| CITY | STATE | ZIP | INJURY EJECT | VIN | | POINT OF FIRST CONTACT | | RSUR |
| ROCKLEDGE | FL | 32955 | O 1 | 1XKYD49X8FJ428100 | | 1 | | 2 |
| TELEPHONE | DRIVER LICENSE NO. | STATE CLASS | VEHICLE OWNER (LAST, FIRST, MI) | | | INSURANCE CO. | | VEHU |
| (305) 834-2540 | C455-241-73-379-0 | FL A | WERNER ENTERPRISES INC, . . | | | ACE American Insurance Company | | 20 |
| TAKEN TO | EMS AGENCY | | OWNER ADDRESS (STREET, CITY, STATE, ZIP) 14507 FRONTIER ROAD, OMAHA, NE, 68138 | | | TELEPHONE (402) 895-6640 | POLICY NO. XSAH08827291 | |

| NAME | ☐ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH | MAKE | MODEL | YEAR | DAMAGED AREA(S) | | VEHU |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 00 - NONE / 10 - UNDER CARRIAGE / 11 - TOTAL (ALL AREAS) / 12 - OTHER / 99 - UNKNOWN | TOWED / FIRE / HAZMAT SPILL / COMVEH | |
| STREET ADDRESS | | SEX SAFT AIR | PLATE NO. | STATE | YEAR | | | RDEF |
| | | | | | | | | 1 |
| CITY | STATE | ZIP | INJURY EJECT | VIN | | POINT OF FIRST CONTACT | | BAC |
| | | | | | | | | 96 |
| TELEPHONE | DRIVER LICENSE NO. | STATE CLASS | VEHICLE OWNER (LAST, FIRST, MI) | | | INSURANCE CO. | | BAC |
| TAKEN TO | EMS AGENCY | | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | | | TELEPHONE | POLICY NO. | |

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS | # OCCS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 07/20/1963 | M | 2 | 4 | O | 1 | ECHEVARRIA EDDIE ACOSTA, 2212 DUNCAN TRL, CLERMONT, FL 34714, (787) 233-9572 | n/a | n/a | 2 |
| | | | | | | | | | | | # OCCS |
| | | | | | | | | | | | DIRP 1 |
| | | | | | | | | | | | DIRP |

## Unit 1

| EVNO | MOST | EVNT | LOC | DAMAGE PROPERTY OWNER NAME | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | 1 | 2 | IDOT - IL Dept of Transportation | Guardrail | PRIMARY 20 Improper lane usage | |
| 2 | ☒ | 22 | 2 | PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP) 2300 S. DIRKSEN PARKWAY, SPRINGFIELD, IL 62764 | | SECONDARY 32 Evasive action due to animal, object, | |
| 3 | ☐ | | | ARREST NAME COLMENARES FRANCISCO A | SECTION Imp lane usage/laned roadway | CITATION NO. 8754148 | |
| 1 | ☐ | | | ARREST NAME | SECTION | CITATION NO. | DATE NOTIFIED 12/15/2014 | TIME NOTIFIED 04:13 AM |
| 2 | ☐ | | | OFFICER ID 6448 | SIGNATURE | BEAT / DIST 5 | SUPERVISOR ID | COURT DATE 01/14/2015 | COURT TIME 09:00 AM |
| 3 | ☐ | | | | | | | | |

SR 1050 JANUARY 2009 (MCR)

ISP-6448-20141215-215431

**DIAGRAM**

Property Damage Only

Not to Scale

N

| COMMERCIAL VEHICLE | | Unit 1 | |
|---|---|---|---|
| CARRIER NAME WERNER ENTERPRISES INC | | SOURCE | X SIDE OF TRUCK |
| ADDRESS 14507 FRONTIER ROAD | | | PAPERS |
| | | | DRIVER |
| CITY OMAHA, NE | STATE ZIP 68138 | | LOG BOOK |
| ID Number: | | GVWR | 80000 |
| USDOT 53467 | | ICCMC | |
| OR State No. | State Name NE | None | |
| HAZARDOUS MATERIALS | | PLACARDED? | No |
| IF YES: 4 DIGITS | 1 DIGIT | Name | |
| HAZARDOUS CARGO RELEASED FROM TRUCK? | | | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | | Y |
| INSPECTION FROM COMPLETED? | | | |
| HAZMAT N | OUT OF SERVICE? | N | FORM NO. |
| MCS Y | OUT OF SERVICE? | Y | IL5054002701 |
| IDOT PERMIT# | | WideLoad | N |
| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length Total - Ft | 65 |
| TRAILER 1  0-96" | TRAILER 1  53 | | |
| TRAILER 2 | TRAILER 2 | No Of Axles | 5 |
| Vehicle Configuration  6 | Cargo Body Type  2 | LoadType | 5 |

**NARRATIVE (Refer to vehicle by Unit No.)**

Unit 1 was traveling northbound on I-55 in the area of milepost 242 in the right lane. Unit 1 driver stated a deer entered the roadway and he swerved left, crossing all northbound lanes of traffic.
Unit 1 ran off the roadway to the left and struck the guardrail face.

Unit 1 semi-trailer information: 1999 Great Dane /OK Registration: 3234JH /VIN: 1PNV482B9XH220232

Unit 1 driver and passenger refused medical attention on scene.

| COMMERCIAL VEHICLE | | | |
|---|---|---|---|
| CARRIER NAME | | SOURCE | SIDE OF TRUCK |
| ADDRESS | | | PAPERS |
| | | | DRIVER |
| CITY | STATE ZIP | | LOG BOOK |
| ID Number: | | GVWR | |
| USDOT | | ICCMC | |
| OR State No. | State Name | None | |
| HAZARDOUS MATERIALS | | PLACARDED? | |
| IF YES: 4 DIGITS | 1 DIGIT | Name | |
| HAZARDOUS CARGO RELEASED FROM TRUCK? | | | |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | | |
| INSPECTION FROM COMPLETED? | | | |
| HAZMAT | OUT OF SERVICE? | | FORM NO. |
| MCS | OUT OF SERVICE? | | |
| IDOT PERMIT# | | WideLoad | |
| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length Total - Ft | |
| TRAILER 1 | TRAILER 1 | | |
| TRAILER 2 | TRAILER 2 | No Of Axles | |
| Vehicle Configuration | Cargo Body Type | LoadType | |

**LOCAL USE ONLY**  Nothing

U1 Color: White

U1 Towed By / To: Kochels - Joliet, IL. / Kochels - Joliet, IL.

# ILLINOIS TRAFFIC CRASH REPORT

ISR-6448-20141215-052053

*2477919*

| DRAC | DRAC | PEDV | PEDV | TRFD | TRFC | WEAT | DRVA | DRVA | VIS | VIS | VEHD | VEHD | LIGHT | COLL | MANV | MANV | PPA | PPA | PPL | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 U1 | 1 U2 | | | 12 U1 | 4 U2 | 2 | 4 U1 | 1 U2 | 1 U1 | 1 U2 | 1 U1 | 1 U2 | 4 | 6 | 15 U1 | 21 U2 | 99 U1 | 99 U2 | 9 U1 | 9 U2 |

| INVESTIGATING AGENCY | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY | ☐ $500 OR LESS ☐ $501 - $1,500 ☒ OVER $1,500 | TYPE OF REPORT 1 On-scene | TYPE OF CRASH B Injury | AGENCY CRASH REPORT NO. 05-14-03089 | TRFW 2 |
|---|---|---|---|---|---|---|
| ILLINOIS STATE POLICE | | | | | | |

| ADDRESS NO. N/A | HIGHWAY or STREET NAME I-55 SB MP 242 | ☐ City ☒ Township INTERSECTION RELATED ☐ Yes ☒ No | DATE OF CRASH 12/15/2014 | TIME OF CRASH 04:08 ☒ AM ☐ PM | LARS CODE | VEHT 7 U1 |
|---|---|---|---|---|---|---|
| (CIRCLE) 0.25 FT / MI (CIRCLE) N E S W ☒ AT INTERSECTION WITH | BLODGETT ROAD (NAME OF INTERSECTION OR ROAD FEATURE) | WILMINGTON TWP PRIVATE PROPERTY ☐ Yes ☒ No HIT & RUN ☐ Yes ☒ No | COUNTY WILL | CIRCLE DAY OF WEEK SU MO TU WE TH FR SA | NUMBER MOTOR VEHICLES INVLD 2 | LARS CODE | VEHT 7 U2 |

## Unit 1

| NAME METZ, DAVID R | ☒ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH 03/28/1958 | MAKE Kenworth Motor | MODEL T800 | YEAR 2001 | DAMAGED AREA(S) 00 - NONE 10 - UNDER CARRIAGE | X X X | TOWED IF YES SEE SIDEBAR ☒ Y ☐ N | # LANES 4 |
|---|---|---|---|---|---|---|---|---|---|
| STREET ADDRESS 624 S DIVISION ST | | SEX M | SAFT 2 | AIR 4 | PLATE NO. P812102 | STATE IL | YEAR 2015 | 11 - TOTAL (ALL AREAS) 12 - OTHER 99 - UNKNOWN | FIRE ☐ Y ☒ N HAZMAT SPILL ☐ Y ☒ N | ALGN 3 |
| CITY CHENOA | STATE IL | ZIP 61726 | INJURY B | EJECT 1 | VIN 1NKDLU9X91J878374 | | POINT OF FIRST CONTACT 1 | X | COMVEH IF YES SEE SIDEBAR ☒ Y ☐ N | RSUR 2 |
| TELEPHONE (815) 822-3921 | DRIVER LICENSE NO. M320-1765-8090 | STATE IL | CLASS A* | VEHICLE OWNER (LAST, FIRST, MI) MR BULT'S INC, . . | INSURANCE CO. Zurich American Insurance Company | VEHU 20 U1 |
| TAKEN TO St Josephs Medical Center | EMS AGENCY Wilmington Fire Dept. | OWNER ADDRESS (STREET, CITY, STATE, ZIP) 2658 EAST 139TH ST, BURNHAM, IL, 60633 | TELEPHONE (708) 868-0059 | POLICY NO. TRK585183902 | |

## Unit 2

| NAME COLMENARES, FRANCISCO A | ☒ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH 10/19/1973 | MAKE Kenworth Motor | MODEL Truck | YEAR 2015 | DAMAGED AREA(S) 00 - NONE 10 - UNDER CARRIAGE | TOWED ☒ Y ☐ N | VEHU 20 U2 |
|---|---|---|---|---|---|---|---|---|
| STREET ADDRESS 3491 GATLIN DR | | SEX M | SAFT 2 | AIR 4 | PLATE NO. W15274 | STATE NE | YEAR 2015 | 11 - TOTAL (ALL AREAS) 12 - OTHER 99 - UNKNOWN | FIRE ☐ Y ☒ N HAZMAT SPILL ☐ Y ☒ N | RDEF 1 |
| CITY ROCKLEDGE | STATE FL | ZIP 32955 | INJURY O | EJECT 1 | VIN 1XKYD49X8FJ428100 | | POINT OF FIRST CONTACT 5 | X | COMVEH IF YES SEE SIDEBAR ☒ Y ☐ N | BAC 96 U1 |
| TELEPHONE (305) 834-2540 | DRIVER LICENSE NO. C455241733790 | STATE FL | CLASS A | VEHICLE OWNER (LAST, FIRST, MI) WERNER ENTERPRISES INC, . . | INSURANCE CO. ACE American Insurance Company | BAC 96 U2 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS (STREET, CITY, STATE, ZIP) 14507 FRONTIER RD, OMAHA, NE, 68138 | TELEPHONE (402) 895-6640 | POLICY NO. XSAH08827291 | |

### PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL)

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 7 | 07/20/1963 | M | 2 | 4 | O | 1 | ECHEVARRIA EDDIE ACOSTA, 2212 DUNCAN TRL, CLERMONT, FL 34714, (787) 233-9572 | n/a | n/a | # OCCS 2 U1 |
| W | - | 03/03/1964 | M | - | - | - | - | SCHROEDER DAVID E, 30651 S WILL CENTER RD, PEOTONE, IL 60468, (708) 606-9693 | n/a | n/a | # OCCS 2 U2 |

## Unit 1

| EVNO | MOST | EVNT | LOC | DAMAGE PROPERTY OWNER NAME IDOT - IL Dept of Transportation | DAMAGED PROPERTY Guardrail | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | 1 | 3 | PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP) 2300 S. DIRKSEN PARKWAY, SPRINGFIELD, IL 62764 | SECTION Too fast for cond/fail reduce | PRIMARY 27 Exceeding safe speed for conditions | |
| 2 | ☒ | 22 | 3 | | | | |
| 3 | ☐ | 18 | 3 | ARREST NAME METZ DAVID R | | CITATION NO. 8754149 | SECONDARY 20 Improper lane usage |

## Unit 2

| EVNO | MOST | EVNT | LOC | | | | |
|---|---|---|---|---|---|---|---|
| 1 | ☒ | 11 | 3 | ARREST NAME | SECTION | CITATION NO. | DATE NOTIFIED 12/15/2014 TIME NOTIFIED 04:13 ☒ AM ☐ PM |
| 2 | ☐ | | | OFFICER ID 6448 | SIGNATURE | BEAT / DIST 5 | SUPERVISOR ID | COURT DATE 01/14/2015 | COURT TIME 09:00 ☐ AM ☒ PM |
| 3 | ☐ | | | | | | |

SR 1050 JANUARY 2009 (MOR)

ISP-6448-20141215-052053

DIAGRAM



I-55 NB MP 242

Not to Scale

| COMMERCIAL VEHICLE | | | Unit 1 | |
|---|---|---|---|---|
| CARRIER NAME MR BULT'S INC | | | SOURCE | X |
| ADDRESS 2627 EAST 139TH ST | | | SIDE OF TRUCK | |
| | | | PAPERS | |
| | | | DRIVER | |
| CITY BURNHAM, IL | STATE | ZIP 60633 | LOG BOOK | |
| ID Number: | | | GVWR | 80000 |
| USDOT 387102 | | | ICCMC | |
| OR State No. | State Name | IL | | None |
| HAZARDOUS MATERIALS | | PLACARDED ? | | No |
| IF YES: 4 DIGITS | 1 DIGIT | Name | | |
| HAZARDOUS CARGO RELEASED FROM TRUCK? | | | | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | | | Y |
| INSPECTION FROM COMPLETED? | | | | |
| HAZMAT N | OUT OF SERVICE? | | N | FORM NO. |
| MCS Y | OUT OF SERVICE? | | Y | IL4993002124 |
| IDOT PERMIT# | | WideLoad | | N |
| TRAILER WIDTH(S) | TRAILER LENGTH(S) | | Vehicle Length Total - Ft | 65 |
| TRAILER 1  0-96" | TRAILER 1  53 | | No Of Axles | 5 |
| TRAILER 2 | TRAILER 2 | | | |
| Vehicle Configuration  6 | Cargo Body Type  2 | | LoadType | 5 |

NARRATIVE (Refer to vehicle by Unit No.)

Unit 1 was traveling northbound on I-55, approximately .25 mile south of Blodgett Road, in the right lane.
Unit 2 was parked on the right shoulder at the same location (without safety triangles displayed).
Unit 1 driver drove too fast for conditions and lost control of Unit 1.
Unit 1 ran off the roadway to the right and the front of Unit 1 struck the guardrail face.
Unit 1 veered to the left and the right (passenger side) rear of Unit 1 struck the left (driver side) rear of Unit 2.

Unit 1 semi-trailer information: 1998 Trailex / IL Registration: 314651ST / VIN: 1TKHA4827WB022399
Unit 2 semi-trailer information: 1999 Great Dane / OK Registration: 3234JH / VIN: 1PNV482B9XH220232

Unit 1 driver was transported to St. Joseph Medical Center by Wilmington Fire Department
Unit 2 driver and passenger refused medical attention at the scene.

| COMMERCIAL VEHICLE | | | Unit 2 | |
|---|---|---|---|---|
| CARRIER NAME WERNER ENTERPRISES INC | | | SOURCE | X |
| ADDRESS PO BOX 45308 | | | SIDE OF TRUCK | |
| | | | PAPERS | |
| | | | DRIVER | |
| CITY OMAHA, NE | STATE | ZIP 68145 | LOG BOOK | |
| ID Number: | | | GVWR | 80000 |
| USDOT 53467 | | | ICCMC | |
| OR State No. | State Name | NE | | None |
| HAZARDOUS MATERIALS | | PLACARDED ? | | No |
| IF YES: 4 DIGITS | 1 DIGIT | Name | | |
| HAZARDOUS CARGO RELEASED FROM TRUCK? | | | | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | | | Y |
| INSPECTION FROM COMPLETED? | | | | |
| HAZMAT N | OUT OF SERVICE? | | N | FORM NO. |
| MCS Y | OUT OF SERVICE? | | Y | IL5054002701 |
| IDOT PERMIT# | | WideLoad | | N |
| TRAILER WIDTH(S) | TRAILER LENGTH(S) | | Vehicle Length Total - Ft | 65 |
| TRAILER 1  0-96" | TRAILER 1  53 | | No Of Axles | 5 |
| TRAILER 2 | TRAILER 2 | | | |
| Vehicle Configuration  6 | Cargo Body Type  2 | | LoadType | 5 |

| LOCAL USE ONLY | Nothing | | |
|---|---|---|---|
| U1 Color: Red | | U1 Towed By / To: Rendels - Joliet, IL. / Rendels - Joliet, IL. | |
| U2 Color: White | | U2 Towed By / To: Kochels - Joliet, IL. / Kochels - Joliet, IL. | |

# **EXHIBIT D**

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Jim Mullen
WERNER ENTERPRISES, INC.
14507 Frontier Road
Omaha, NE 68138

SOP Transmittal # 529754050

312-345-4336 - Telephone

Entity Served: WERNER ENTERPRISES, INC. (Domestic State: NEBRASKA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 29 day of August, 2016. The following is a summary of the document(s) received:

1. **Title of Action:** DAVID METZ, Pltf. vs. WERNER ENTERPRISES, INC. and FRANCISCO COLMENARES, etc., Dfts.

2. **Document(s) Served:** SUMMONS & COMPLAINT
   Other: Attachment(s)

   *Colmenares, Francisco*
   *2014537118*
   *12-15-14*
   *DNS Attn Nathan*

3. **Court of Jurisdiction/Case Number:** Will County - 12 Judicial Circuit Court, IL
   Case # 16L000562

4. **Amount Claimed, if any:** N/A

5. **Method of Service:**

   _X_ Personally served by:     _X_ Process Server     ___ Law Enforcement     ___ Deputy Sheriff     ___ U.S Marshall

   ___ Delivered Via:     ___ Certified Mail     ___ Regular Mail     ___ Facsimile

   ___ Other (Explain):

6. **Date and Time of Receipt:** 08/29/2016 10:00:00 AM CST

7. **Appearance/Answer Date:** Within 30 days after ser4ice of this summons, not counting the day of service

8. **Received From:** Alexis P. Ferracuti
   LAW OFFICES OF PETER F. FERRACUTI, P.C.
   110 E. Main Street
   Ottawa, IL 61350
   815-434-3535

9. **Federal Express Airbill #** 783951070800

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via Fed Ex 2 Day

Image SOP

Email Notification, SANDY Wagner swagner@werner.com

**NATIONAL REGISTERED AGENTS, INC.**     CopiesTo:

Transmitted by Khalilah Starks

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

AUG 3 1 2016 SW

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| DAVID METZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 16-L- 16L000562 |
| v. | ) |
| | ) |
| WERNER ENTERPRISE, INC. and | ) |
| FRANCISCO COLMENARES, | ) |
| Individually | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

**TO EACH DEFENDANT:** NATIONAL REGISTER AGENTS INC. 208 S. LASALLE ST. SUITE 814 CHICAGO IL 60604, AS REGISTERED AGENT FOR WERNER ENTERPRISE, INC. 14057 Frontier Road, Omaha, Nebraska 63138, Douglas County

YOU ARE HEREBY SUMMONED and required to file an answer in this case or otherwise file your appearance, in the Office of the Clerk of this Court, Will County Courthouse, 14 W Jefferson, Joliet, IL 60432, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**TO THE OFFICER:** Brevard County Sheriff Department 700 South Park Ave. Bldg D Titusville, FL 32780

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness AUG 0 4 2016

*Pamela J. McGuire*
Clerk of Court
(Seal of Court)

Attorney Alexis P. Ferracuti
ARDC # 6316857
LAW OFFICES OF PETER F. FERRACUTI, P.C.
Attorney for: Plaintiff
Address: 110 E. Main Street
City: Ottawa, IL 61350
Phone: 815/434-3535
Fax: 815/434-4513

Date of Service 8/29/16
(To be inserted by the Officer)

DIE DATE
08/30/2016

DOC.TYPE: LAW
CASE NUMBER: 16L000562
DEFENDANT
WERNER ENTERPRISES INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
NATIONAL R
INC

ATTACHED

**SHERIFF'S FEES**

Service and Return $ _____

Miles $ _____

TOTAL $ _____

_____
Sheriff of _____ County

I certify that I served this summons on defendant as follows:

(a) **(Individual defendants - personal):**
By leaving a copy and a copy of the complaint with each individual defendant personally as follows:

| Name of Defendant | Date of Service |
|---|---|
| _____ | _____ |
| _____ | _____ |

(b) **(Individual defendants - abode):**
By leaving a copy and a copy of the complaint at the usual abode of each individual defendant with a person of his family, of age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

| Name of Defendant | Person with Whom Left | Date of Service | Date of Mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) **(Corporation or Defendants):**
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent Officer or Agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) **(Other Service):**
_____
_____

Sheriff of _____ County
By _____